**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EULA CARTER,

        Plaintiff,

  v.

LINDA S. MCMAHON,

        Defendant                 /

No. C 07-1088 MMC

**ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS**

    ( )    IT IS ORDERED that the application to proceed in forma pauperis is GRANTED and that the Clerk issue summons. IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

    ( X )    IT IS ORDERED that the application to proceed in forma pauperis is **DENIED**, and that the filing fee of $350.00 be paid no later than March 30, 2007. Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of her responsibility to serve defendant with the complaint and any amendments, the summons, and the Procedural Order for Social Security Review Actions, pursuant to Rule 4 of the Federal Rules of Civil Procedure. Failure to do so may result in dismissal of this action.

    ( )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED and that plaintiff is further ordered to make partial payment of the filing fee in the amount of $ _____ no later than _____. Failure to pay this amount will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his responsibility to serve defendants with the complaint and any amendments, and the Order Setting Initial Case Management Conference and ADR Deadlines and attachments, pursuant to Rule 4 of the Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his current address. Failure to do so may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: March 1, 2007

                              MAXINE M. CHESNEY
                              United States District Judge