United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EULA CARTER,

    Plaintiff,

  v.

MICHAEL J. ASTRUE,

    Defendant                 /

No. 07-1088 MMC

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

    Plaintiff having filed, within the time provided by the Court's September 10, 2007 order, proof of service of the summons and complaint on defendant, the August 27, 2007 order directing plaintiff to show cause why the instant action should not be dismissed for failure to serve defendant is hereby DISCHARGED.

    **IT IS SO ORDERED.**

Dated: October 9, 2007

_____
MAXINE M. CHESNEY
United States District Judge