IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EULA CARTER, | No. C-07-1088 MMC |
|     Plaintiff, | **ORDER DIRECTING DEFENDANT TO INFORM COURT WHETHER HE CONSENTS TO MAGISTRATE JUDGE FOR ALL PURPOSES** |
| v. | |
| MICHAEL J. ASTRUE, | |
|     Defendant | |

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b).

On October 3, 2007, plaintiff consented to have a magistrate judge conduct all further proceedings in the instant action. Accordingly, defendant is hereby DIRECTED to advise the Court, no later than December 21, 2007, as to whether he consents to have a magistrate judge conduct all further proceedings in the instant action.[1]  For his convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section.

//

---

[1] Normally, the Court would direct the parties to so inform the Court in their Joint Case Management Statement filed in connection with a case management conference. Because the instant action involves a review of an administrative record, however, a case management conference has not been scheduled.

1  The parties are further advised that they may request assignment to a specific magistrate judge.

**IT IS SO ORDERED.**

Dated: December 10, 2007

_____
MAXINE M. CHESNEY
United States District Judge