1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
3  Social Security Administration
   PETER THOMPSON, SBN HI 5890
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       Telephone:  415-977-5890
6      Fax:   415-744-0134
       E-mail: peter.thompson@ssa.gov
7
   Attorneys for Defendant
8

9                         UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12 EULA CARTER,                    )
                                   )
13      Plaintiff,                 )   CIVIL NO. C 3:07-CV-1088 JL
                                   )
14      v.                         )   JOINT CASE MANAGEMENT STATEMENT
   MICHAEL J. ASTRUE,              )
15 Commissioner of                 )
   Social Security,                )
16                                 )
        Defendant.                 )
17 _____)

18

19      Pursuant to this Court's Order Setting Case Management Conference, filed herein on February

20 14, 2008, the parties hereby submit this Joint Case Management Statement.

21      The parties agree that this matter seeks judicial review of the final decision of the Commissioner

22 of Social Security denying Plaintiff benefits under Title II of the Social Security Act.  This matter

23 proceeds according to Civil L.R. 16-5, and as such, will be submitted on the papers without oral

24 argument.  The parties propose that this matter proceed pursuant to the Procedural Order for Social

25 Security Review Actions, previously filed herein on February 22, 2007.

26      In this case, Plaintiff has filed her motion for summary judgment on March 3, 2008.  Defendant

27 anticipates filing his Cross-motion within thirty days of the filing of Plaintiff's brief, pursuant to Civil

28 L.R. 16-5.  At that time, this matter will be fully briefed before the Court.  But for a potential reply brief,
   the parties anticipate no further action will be taken by them prior to issuance of the Court's disposition
   of this matter.

1     Accordingly, the parties jointly request that the Case Management Conference be removed from the calendar.

    Alternatively, should this Court require such a conference in this matter, counsel for Plaintiff is unavailable on March 26, 2008, and hereby requests that the Conference be continued to April 16, 2008, and furthermore, that counsel for the parties be permitted to appear telephonically at such Conference.

                              Respectfully submitted,

Dated: *March 14, 2008*       /s/ *Marc V. Kalagian*
                              (As authorized via e-mail on March 14, 2008)
                              MARC V. KALAGIAN
                              Attorney for Plaintiff

                              JOSEPH P. RUSSONIELLO
                              United States Attorney

Dated: *March 14, 2008*      By:   /s/ *Peter Thompson*
                                       PETER THOMPSON
                              Special Assistant United States Attorney

IT IS SO ORDERED
*James Larson*
Judge James Larson
(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

Carter stip
CV 07-1088 JL                              2