```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  LUCILLE GONZALES MEIS, SBN CO 15153
    Regional Chief Counsel, Region IX
 3  Social Security Administration
    PETER THOMPSON, SBN HI 5890
 4  Special Assistant United States Attorney

 5       333 Market Street, Suite 1500
         Telephone:  415-977-5890
 6       Fax:   415-744-0134
         E-mail: peter.thompson@ssa.gov
 7
    Attorneys for Defendant
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| EULA CARTER, | |
| Plaintiff, | CIVIL NO. C 3:07-CV-1088 JL |
| v. | STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 14 days to respond to Plaintiff's motion for summary judgment, filed herein on March 3, 2008. The extension is for the purpose of conducting further discussions with the Appeals Council regarding the settlement of this matter. The current due date is April 3, 2008. The new due date will be April 17, 2008.

The parties further stipulate that the Court's Procedural Order shall be modified accordingly.

|   |   |   |
|---|---|---|
| | Respectfully submitted, | |
| Dated: *Arpril 3, 2008* | /s/ *Marc V. Kalagian* | |
| | *(As authorized via e-mail on April 3, 2008*) | |
| | MARC V. KALAGIAN | |
| | Attorney for Plaintiff | |

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: *April 3, 2008*    By:    /s/ *Peter Thompson*
PETER THOMPSON
Special Assistant United States Attorney

ORDER

APPROVED AND SO ORDERED.

DATED: April 4, 2008

_____
THE HONORABLE JAMES LARSON
UNITED STATES MAGISTRATE JUDGE