1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
3  Social Security Administration
   PETER THOMPSON, SBN HI 5890
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       Telephone: 415-977-5890
6      Fax:  415-744-0134
       E-mail: peter.thompson@ssa.gov
7
   Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 EULA CARTER,                          )
                                         )
13         Plaintiff,                    )   CIVIL NO. C 3:07-CV-1088 JL
                                         )
14      v.                               )   STIPULATION AND [~~PROPOSED~~] ORDER
   MICHAEL J. ASTRUE,                    )   OF REMAND
15 Commissioner of                       )
   Social Security,                      )
16                                       )
           Defendant.                    )
17 _____)

18

19      IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

20 approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security,

21 pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. The purpose of the remand is

22 to offer Plaintiff a new hearing and decision.

23      Upon remand, the Office of Disability Adjudication and Review will remand this case to an

24 Administrative Law Judge (ALJ), and direct him or her to obtain vocational expert evidence regarding

25 the impact of all of Plaintiff's functional limitations on her ability to work. If the vocational expert

26 evidence conflicts with the information in the Dictionary of Occupational Titles the vocational expert

27 shall explain the deviation as required under Social Security Ruling 00-4p.

28

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: *April 14, 2008* | /s/ *Marc V. Kalagian*<br>*(As authorized via e-mail on April 14, 2008*)<br>MARC V. KALAGIAN<br>Attorney for Plaintiff |
|   | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: *April 14, 2008* | /s/ *Peter Thompson*<br>PETER THOMPSON<br>Special Assistant United States Attorney |

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

DATED: April 15, 2008

_____
THE HONORABLE JAMES LARSON
UNITED STATES DISTRICT JUDGE