```
 1  Marc V. Kalagian
    ATTORNEY AT LAW: 149034
 2  ROHLFING & KALAGIAN, LLP
    211 E. OCEAN BOULEVARD, SUITE 420
 3  LONG BEACH, CALIFORNIA 90802
    TEL: (562) 437-7006
 4  FAX: (562) 432-2935
    E-MAIL: marckalagian_rohlfinglaw@hotmail.com
 5
    ATTORNEYS FOR PLAINTIFF EULA CARTER
 6
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| EULA CARTER, | Case No.: C 3:07-CV-1088 JL |
| Plaintiff, | STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES UNDER THE EAJA: AND ORDER |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

TO THE HONORABLE JAMES LARSON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that counsel, as assignee for plaintiff, be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of TWO THOUSAND-THREE HUNDRED dollars ($2,300.00). This amount represents compensation for all legal services rendered on behalf of plaintiff by his attorney in connection with this civil action for services performed before the district court through remand, in accordance with 28 U.S.C. § 2412(d).

1. The stipulation is entered into for the sole purpose of settling all disputed claims regarding EAJA and avoiding the expenses and risks of litigation. This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, costs, and expenses. This stipulation does not constitute an admission of liability on the part of Defendant under the EAJA. This stipulation does not settle, or compromise the question of whether Marc V. Kalagian may be, is, or should be the direct payee of an award of fees, costs, and expenses under the EAJA in the absence or presence of an express or implied assignment of such an award nor whether any such award is free from or subject to debts of Plaintiff, if any, under the Debt Collection Act of 1996, 31 U.S.C. § 3716, or as to any issue regarding the applicability of the Assignment of Claims Act, 31 U.S.C. § 3727.

Neither this agreement nor the substance herein shall, in full or in part, be quoted, cited or referred to in any document filed in any case but the present one and it shall not, in full or in part, be attached to any document filed in any case but the present one.

Payment of TWO THOUSAND-THREE HUNDRED dollars ($2,300.00) in EAJA attorney fees, costs, and expenses to Marc V. Kalagian, as Plaintiff's assignee, shall constitute a complete release from and bar to any and all claims plaintiff may have relating to EAJA attorney fees and costs in connection with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

///
///
///
///
///
///
///
///

This award is without prejudice to the rights of plaintiff's counsel to seek Social Security Act attorney fees, under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

DATE:  May 15, 2008                 Respectfully submitted,

                                    ROHLFING & KALAGIAN, LLP


                                    BY: __/s/_____
                                        Marc V. Kalagian
                                        Attorney for plaintiff  Elizabeth Burnett

DATE: May 15, 2008                  JOSEPH P. RUSSONIELLO
                                    United States Attorney




                                    BY: _/s/ Marc V. Kalagian*___
                                        Peter Thompson
                                        Special Assistant United States Attorney
                                        Attorneys for defendant Michael J. Astrue,
                                        Commissioner of Social Security
                                        Administration


                                    * by e-mail authorization of  May 14, 2008

## ORDER

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Marc V. Kalagian, as Plaintiff's assignee and subject to the reservation of rights, the amount of TWO THOUSAND-THREE HUNDRED dollars and NO CENTS($2,300.00) as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE:  May 20, 2008

                                    _____
                                    THE HONORABLE JAMES LARSON
                                    UNITED STATES MAGISTRATE JUDGE

-3-